IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01911-RM-MJW

BIOELEMENTS, INC.,

Plaintiff,

v.

NOVA CASUALTY COMPANY, a New York corporation,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Amend Scheduling Order **(Docket No. 45)** is **GRANTED** for good cause shown.  The Scheduling Order (Docket No. 24) is **AMENDED** as follows:

- The deadline to disclose affirmative experts is extended to April 24, 2015;
- The deadline to disclose rebuttal experts is extended to May 25, 2015;
- The discovery cut-off is extended to July 1, 2015;
- Written discovery shall be served on or before May 20, 2015;
- All depositions shall be completed on or before July 1, 2015;
- Dispositive motions shall be filed on or before July 1, 2015; and
- The final pretrial conference remains unchanged.

Date: February 17, 2015