IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Case No. 14-cv-01911-RM-MJW

BIOELEMENTS, INC.,

    Plaintiff,

v.

NOVA CASUALTY COMPANY, a New York corporation,

    Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE
---

Comes now the Court, having reviewed the Stipulation to Dismiss with Prejudice (ECF No. 61) signed by all parties, and hereby ORDERS that the within action is dismissed with prejudice, each party to pay its own costs and attorney's fees.

IT IS FURTHER ORDERED that the Trial Preparation Conference set for April 1, 2016, and the five-day jury trial set for May 9, 2016 are VACATED and Defendant's Motion for Summary Judgment (ECF No. 25) is DENIED AS MOOT.

DATED this 25th day of January, 2016.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge